IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA          *
                                  *
                                  *
          v.                      *          CR 111-305
                                  *
ETSHO ILUNGA                      *
                                  *

_____

O R D E R

_____

Now before the Court is Defendant Etsho Ilunga's "Motion For Request For My Transfer To A BOP Camp." (Doc. 63.) Following sentencing, "[t]he Bureau of Prisons shall designate the place of the prisoner's imprisonment." 18 U.S.C. § 3621(b). Moreover, the Bureau of Prisons "may at any time . . . direct the transfer of a prisoner[.]" Id.; Reno v. Koray, 515 U.S. 50, 58 (1995) ("[T]he Bureau retains the discretion to direct the transfer of a prisoner from one penal or correctional facility to another[.]" (internal quotations omitted)). Accordingly, the decision to transfer an inmate to another facility rests with the Bureau of Prisons, and not this Court, and so Defendant's Motion (doc. 63) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___19th___ day of February, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA