IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 111-305 |
| | * | |
| ETSHO ILUNGA | * | |

**O R D E R**

Now before the Court is a motion from Defendant Etsho Ilunga asking this Court to pardon him for his convictions and drop the charges against him so that he may join the Central Intelligence Agency (doc. 65). Under the United States Constitution, however, it is the President, and not this Court, that holds the power to grant pardons. U.S. CONST. art. II, § 2, cl. 1. Accordingly, Defendant's motion (doc. 65) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of March, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA