UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ETSHO ILUNGA ) <br> ) <br> Defendant. ) | CASE NO. 1:11-CR-00305 |

## ORDER

This matter comes before the Court on the Government's motion for bond forfeiture and a default judgment directing payment of the forfeited bond money towards the Defendant Etsho Ilunga's outstanding order of restitution. The Court, having read and considered the Government's motion and the balance of the record, hereby **ORDERS**:

1. The forfeiture of the cash bond deposited to secure the Defendant's pretrial release.

2. The United States' Motion for Default Judgment is **GRANTED**.

3. The $1,000.00 cash bond, plus any accrued interest, shall be applied to the payment of restitution in this case, in accordance with the priority and schedule set forth in the criminal judgment (Doc. 31).

The Clerk of Court shall coordinate as needed with the United States Attorney's Office, Southern District of Georgia, Financial Litigation Unit, to apply the forfeited funds in the manner directed in this Order.

This 15th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA